[No. 3636-1.   Division One.   July 12, 1976.]

JOHN W. UREN, ET AL, *Appellants*, v. DANIEL BRINK, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King

County, No. 787617, Solie M. Ringold, J., entered February 3, 1975. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Williams, C.J., and James, J.